United States Courts
Southern District of Texas
FILED

MAY 03 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL CASE NO. |
| | § | |
| ARDELL JEROME KIRKWOOD and | § | |
| DEXTER ISAIHAH BARNES | § | 17 CR 0251 |
| | § | |
| Defendants. | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about April 29, 2016, in the Houston Division of the Southern District of Texas, the defendants,

**ARDELL JEROME KIRKWOOD and
DEXTER ISAIHAH BARNES,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce, firearms, namely, a Springfield Armory, model XD40, .40 caliber pistol, a Smith & Wesson, model 39-2, 9mm pistol, and an American Tactical Imports, model Omni, multicaliber rifle, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America herby gives notice that the firearms

involved in violation of Title 18, United States Code, Section 922(g)(1) as charged in Count One, are subject to forfeiture, including, but not limited to, the following:

1. a Springfield Armory, model XD40, .40 caliber pistol, serial number XD532415; and,

2. an American Tactical Imports, model Omni, multicaliber rifle, serial number AR49094.

                A TRUE BILL:
                ORIGINAL SIGNATURE ON FILE

                FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
SAM BROWN, IV
Assistant United States Attorney